UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-1 GREG LESTER

    Defendant.

Criminal No. 16 cr 20377

Honorable Judith E. Levy

_____

**DEFENDANT LESTER'S SUPPLEMENTAL BRIEF
TO MOTION FOR COMPASSIONATE RELEASE (Doc. 161)**

18 U.S.C. § 3582(c)(1)(A)(i) provides procedures for "compassionate releases." This provision allows a court to reduce a prison term "if it finds that . . . extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i). But that action must await a "motion of the Director of the Bureau of Prisons," or a "motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Ibid.*

In this matter, on May 26, 2020, Mr. Lester sought a

1

compassionate release from the warden of his facility in Morgantown, F. J. Bowers. On June 15, 2020, the Warden denied his request. (See Exhibit A, attached hereto).

As a consequence, Mr. Lester has exhausted his administrative remedies giving this court full jurisdiction to consider this matter.

WHEREFORE for the foregoing reasons, Mr. Lester respectfully requests that this Court Order a compassionate release or alternatively enter an order to allow him to serve the reminder of her sentence at home.

Respectfully submitted,

Dated: June 28, 2020

By: /s/MARK H. MAGIDSON
    MARK H. MAGIDSON
    Attorney for Defendant Lester
    615 Griswold, Suite 810
    Detroit, MI 48226
    (313) 963-4311
    (313) 909-3392-cell
    MMAG100@AOL.COM

## CERTIFICATE OF SERVICE

I, Mark H. Magidson, certify that on June 28, 2020, I electronically filed the above document, which resulted in the document being served electronically on all counsel of record.

/s/MARK H. MAGIDSON
MARK H. MAGIDSON
Attorney for Defendant Lester
615 Griswold, Suite 810
Detroit, MI 48226
(313) 963-4311
MMAG100@AOL.COM